FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              No. 25-cr-00139 DHU/KBM

RICARDO MENDEZ,

        Defendant.

## ORDER PERMITTING INTERNATIONAL TRAVEL

THIS MATTER is before the Court on the defendant's "Unopposed Motion to Allow an International Travel Trip." (Doc. 11)  Having considered the motion and noting that the United States Government consents to the request, the defendant's motion to travel internationally on the dates requested is hereby GRANTED.

IT SO ORDERED.

_____
Magistrate Judge Karen B. Molzen